IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ADRIAN DESJUAN BISHOP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-13-784-C |
| ) | |
| WARDEN MILLER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Shon T. Erwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). On September 17, 2013, Judge Erwin entered a Report and Recommendation concluding that because Plaintiff had failed to comply with the Court's Orders, the action should be dismissed without prejudice. Plaintiff has not filed an objection.

Accordingly, the Report and Recommendation is adopted, and this action is dismissed without prejudice. Plaintiff's Motions to Appear in Forma Pauperis (Dkt. Nos. 6 & 9) are denied, and Plaintiff's "Motion for Leave to Proceed Supporting Affidavit" (Dkt. No. 7) is denied as moot.

IT IS SO ORDERED this 16th day of October, 2013.

_____
ROBIN J. CAUTHRON
United States District Judge